MINNIE A. BREMER, Appellant, *v.* JOHN C. BREMER et al., Individually and as Executors and Trustees under the Will of JOHN H. BREMER, Deceased, et al., Respondents.

*Bremer* v. *Bremer,* 125 App. Div. 918, affirmed.
(Argued January 10, 1910; decided January 25, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April

10, 1908, affirming a final judgment in favor of defendants entered upon a dismissal of the complaint pursuant to an interlocutory judgment of Special Term sustaining demurrers thereto in an action to have the will of John H. Bremer, deceased, declared void and to impress a lien upon the real estate of said decedent.

*William E. Warland* for appellant.

*John H. Corwin* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: Cullen, Ch. J., Gray, Edward T. Bartlett, Haight, Vann, Werner and Hiscock, JJ.